O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DERRICK SNOWDEN, | ) | CASE NO. CV 10-02876 VAP (RZ) |
|         Petitioner, | )<br>) | |
| vs. | )<br>) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| KELLY HARRINGTON, WARDEN, | )<br>) | |
|         Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a <u>de</u> <u>novo</u> review of those portions of the Report to which Petitioner has objected.  The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: February 29, 2012

*[signature: Virginia A. Phillips]*

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE