O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DERRICK SNOWDEN, | ) | CASE NO. CV 10-02876 VAP (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| KELLY HARRINGTON, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of DERRICK SNOWDEN, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: February 29, 2012

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE